| | | |
|---|---|---|
| **BERNARD GRAF** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO.:** |
| | * | |
| **VERSUS** | * | **SECTION " "** |
| | * | |
| | * | **JUDGE** |
| | * | |
| **REC MARINE LOGISTICS, LLC and** | * | **MAGISTRATE** |
| **TEEKAY MARINE SOLUTIONS** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED: _____   _____
                                          DEPUTY CLERK

## COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, **BERNARD GRAF**, who files his Complaint against **REC MARINE LOGISTICS, LLC** and **TEEKAY MARINE SOLUTIONS** for personal injury damages and alleges upon information and belief as follows:

I.

Jurisdiction of this Honorable Court is based on the Jones Act, (46 U.S.C. §688 and 46 U.S.C. § 30104, *et seq.*), and under the General Maritime Law for general maritime negligence and unseaworthiness and for maintenance and cure.

II.

Made defendants herein are:

1) **REC MARINE LOGISTICS, LLC**, a Louisiana company authorized to do and doing business in the State of Louisiana, which at all times relevant herein was the employer of petitioner, **BERNARD GRAF**, and/or was the owner and/or operator of the M/V OLIVIA RAE on which **BERNARD GRAF** was working and injured.

2) **TEEKAY MARINE SOLUTIONS**, a foreign company which at all times relevant herein was the owner and/or operator of the M/V OLIVIA RAE on which **BERNARD GRAF** was working and injured.

III.

At all times material herein, petitioner, **BERNARD GRAF**, was assigned to the M/V OLIVIA RAE and was working and operating in navigable waters.

IV.

On or about February 3, 2021, while assigned to the M/V OLIVIA RAE, which was owned and operated by **REC MARINE LOGISTICS, LLC** and/or **TEEKAY MARINE SOLUTIONS**, petitioner was injured. Specifically, while performing his duties as a chief engineer, petitioner was injured when a **REC MARINE LOGISTICS, LLC** employee negligently slipped and fell on top of petitioner due to a hazardous and dangerous condition aboard the vessel, which rendered the M/V OLIVIA RAE unseaworthy.

V.

The accident at issue was the fault of **REC MARINE LOGISTICS, LLC**, **TEEKAY MARINE SOLUTIONS** and/or their employees.

VI.

At the time of the incident in question, **REC MARINE LOGISTICS, LLC** was the Jones Act employer of your petitioner, **BERNARD GRAF**, and violated its non-delegable duty to provide **BERNARD GRAF** a safe working environment. Further, **REC MARINE LOGISTICS, LLC** and/or **TEEKAY MARINE SOLUTIONS** is liable to **BERNARD GRAF**, for its vessel negligence pursuant to the Jones Act and/or general maritime laws of the United States for negligently causing, creating, and/or allowing the existence of one or more unreasonably dangerous conditions on its chartered vessel, the vessel owned and operated by **REC MARINE LOGISTICS, LLC** and/or

**TEEKAY MARINE SOLUTIONS**, which caused or contributed to **BERNARD GRAF'S** incident and injuries.

VII.

The above described February 3, 2021, accident and the resulting injuries to your petitioner, **BERNARD GRAF**, were caused through the negligence of defendant, **REC MARINE LOGISTICS, LLC** and/or **TEEKAY MARINE SOLUTIONS**, which negligence includes but is not limited to the following actions and/or inaction:

- a) Negligently placing **BERNARD GRAF** in a situation which it knew or should have known to be unreasonably dangerous;
- b) Failure to warn **BERNARD GRAF** of a condition(s) which it knew or should have known to be unreasonably dangerous;
- c) Failure to maintain a proper lookout and/or being distracted or inattentive;
- d) Failure to take all reasonable evasive action to avoid the accident at issue herein;
- e) Failure to provide a sufficient number of properly trained crew members to keep vessel in a safe condition;
- f) Failing to provide **BERNARD GRAF** with a reasonably safe work environment;
- g) Allowing and/or causing the existence of an unreasonably dangerous condition(s) on its vessel;
- h) Inattentiveness of the Master and/or crew of its vessel;
- i) Failure to properly and sufficiently train and/or educate its employees on how to operate and traverse the M/V OLIVIA RAE;
- j) Failure to provide nonskid paint and/or strips to surfaces aboard the M/V OLIVIA RAE;
- k) Negligently violating any and all applicable rules, regulations and/or standards; and
- l) Negligent supervision and/or other acts of negligence to be proven at trial.

VIII.

Pursuant to the General Maritime Law of the United States of America, **REC MARINE LOGISTICS, LLC** has the absolute and non-delegable duty to provide petitioner with maintenance and cure benefits from the date that he was rendered unfit for duty until maximum cure is achieved.

Despite the fact that defendant is absolutely aware that plaintiff is a Jones Act Seaman due to the fact that the M/V OLIVIA RAE meets the qualifications of a vessel under the Jones Act and/or general maritime laws of the United States, **REC MARINE LOGISTICS, LLC** has intentionally failed to properly and/or timely make maintenance payments. Therefore, plaintiff is entitled to punitive damages pursuant to law. Further, **REC MARINE LOGISTICS, LLC** intentionally failed to properly and/or timely pay for plaintiff's cure. Thus, plaintiff is entitled to punitive damages pursuant to law as well as general and punitive damages for the worsening of plaintiff's condition due to failure to properly pay for treatment.

IX.

As a result of the accident, the petitioner was rendered unfit for duty and presently remains unfit and incapable of returning to work as a seaman.

X.

**REC MARINE LOGISTICS, LLC** is indebted to petitioner for past and future maintenance and cure benefits in the amount mandated by law from the date he was rendered unfit for duty until maximum cure is achieved, and for all costs of cure incurred by petitioner from February 3, 2021 until maximum cure is achieved, as well as all attorney's fees incurred herein.

XI.

The General Maritime Law of the United States protects the seaman from certain acts of **REC MARINE LOGISTICS, LLC** which are egregious in nature, by awarding exemplary damages.

XII.

Defendant, **REC MARINE LOGISTICS, LLC**, caused damage to plaintiff by failing to timely provide maintenance and cure benefits, which is wanton, willful, egregious and/or outrageous conduct.

XIII.

As a result of the February 3, 2021 accident, your petitioner, **BERNARD GRAF**, suffered physical and mental injuries as well as inconvenience, entitling him to recover damages including, but not limited to:

a) Mental pain and suffering; past, present and future;
b) Physical pain and suffering; past, present and future;
c) Medical expenses; past, present and future;
d) Inconvenience; past, present and future;
e) Loss of support, both financial and emotional; past, present and future;
f) Disability, disfigurement and/or loss of enjoyment of life; past, present and future;
g) Lost wages; past, present and future;
h) Loss of earning capacity; past, present and future;
i) Loss of household services; past, present and future;
j) Punitive/exemplary damages; and
k) All damages allowed under the law which may be proven at the trial.

**WHEREFORE**, the aforesaid premises considered, petitioner prays that defendants, **REC MARINE LOGISTICS, LLC** and **TEEKAY MARINE SOLUTIONS** be duly served with a copy of this complaint and cited to appear and answer same, and that after due proceedings had, that there be a judgment herein in favor of petitioner and against defendant herein finding said defendant liable for the full amount of your petitioner's damages, plus maintenance and cure benefits, exemplary/punitive damages and all costs together with legal interest thereon from the date of judicial demand until paid.

Respectfully submitted:


*/s/ Bobby Hawkins*_____
**ANTHONY D. IRPINO (#24727)**
**BOBBY G. HAWKINS (#30546)**
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Fax: (504) 525-1501


- and -


*/s/ Patrick Hufft*_____
**PATRICK H. HUFFT (#17633)**
HUFFT & HUFFT
635 St. Charles Avenue
New Orleans, LA 70130
(504) 522-9413 Phone
(504) 586-9945 Facsimile
phufft@hufftlaw.com