UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BERNARD GRAF**<br><br>Versus<br><br>**REC MARINE LOGISTICS, LLC, ET AL** | **CIVIL ACTION NO: 2:22-CV-00192**<br><br>**DISTRICT JUDGE:**<br>**HON. SUSIE MORGAN**<br><br>**MAGISTRATE JUDGE:**<br>**HON. MICHAEL B. NORTH** |

### *EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Defendant, REC Marine Logistics, LLC ("Defendant"), which respectfully moves this Honorable Court to withdraw Kristian Blaine Dobard (Louisiana Bar No. 36997) as counsel of record, because she is no longer employed at the law firm representing Defendant. Salvador J. Pusateri and Kyle A. Khoury will remain as counsel of record for Defendant.

**WHEREFORE**, Defendant, REC Marine Logistics, LLC, prays that this Honorable Court grant the Motion to Withdraw Kristian Blaine Dobard (Louisiana Bar No. 36997) as counsel of record.

Respectfully submitted:

*/s/ Kristian B. Dobard*
Salvador J. Pusateri (#21036)
Kyle A. Khoury, T.A. (#33216)
Kristian B. Dobard (#36997)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street – Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com

Kyle.Khoury@pjgglaw.com
Kristian.Dobard@pjgglaw.com
**Attorneys for REC Marine Logistics, LLC**